UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**JAMES DORE, ET AL**

V.                                                    Civil Action No. 12-10016-DJC

**TIMOTHY Q. FEELEY, ET AL**

### ORDER OF RECUSAL

CASPER, J.

    I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. section 455.

SO ORDERED.

    /s/ Denise J. Casper
    _____
    Denise J. Casper
    U.S. District Judge

Date:  January 11, 2012