# United States District Court: District of Massachusetts

FILED IN CLERKS OFFICE

2012 MAR 21  A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

James Dore & Matthew Wheelock
Plaintiffs/Petitioners

v.

Defendants/Respondents
Timothy Q Feeley and David Lowy

C.A. No. 12-10016-WGY

## Motion for Clarification

In Judge Young's dismissal of this action he has made some bold assertions that the petitioners "lack an arguable basis of law...against defendants who are clearly immune" and that the claims are based on "indisputably meritless legal theory" and that our action is "wholly insubstantial and frivolous" on the grounds of "absolute judicial immunity". In the months before the action and in the time after, countless hours have been spent trying to find such immunity in American law or legislation finding that no such immunity exists anywhere as a matter of law. In fact we have researched every case regarding immunity cited by Judge Young, and every case cited in those cases, and every case cited by those cases, etc. and have found that not one of them have cited any such American Legislation that entitles judges to such immunity purported by Judge Young. What we have found is a dogmatic belief dating back to medieval England during a period when judges were considered nobles or an extension there of and were thus considered above all law except for royal

decree. Such ancient dogma has no place in a society in which it's laws apply equally to all men and again this dogmatic belief is not enforceable as it does not exist in American law and legislation. The sole basis of Judge Young's argument is some form of immunity that does not exist as a matter of law. Judge Young's decision is without any citations of law that warrant dismissal by way of immunity, furthermore all the cases cited base their opinions off of their own beliefs that show a clear and corrupted bias towards corrupted judges. The dismissal fails to show any factual basis in law to which such a dismissal is warranted, which is ironic since Judge Young claims the plaintiffs have no arguable basis of law.

With all due respect, Judge Young's memorandum is devoid of any factual basis of law, it just has a bunch of citations saying corrupt judges are protected by immunity but have no support from any laws. We also have a list of case citations that say the defendants are not entitled to immunity but our case citations ARE supported by existing legislation. Thus there is a confusion that stems from a ruling of opinion against rulings based on facts, which of the Supreme Court Rulings are applicable, the rulings that say the defendants are without immunity or the rulings that say they are and why. The major problem with Judge Young's argument is that it is on the sole basis of an immunity that clearly does not exist or that is not applicable to the defendants. There isn't a single statement against the merits of our claims, only claims based on the defendants' "class". Both the plaintiffs and Judge Young can site cases back and fourth until we

are blue in the face but until Judge Young shows us under what American Legislation that absolute judicial immunity exists or under what legislation are blatant and willful violations of Constitutionally guaranteed rights or laws considered within an official's judicial capacity.  There are a number of laws that say what actions are not considered within a judge's official capacity and make it clear that a bias judge does not have subject matter jurisdiction over a case by directly calling for his disqualification[1]. These laws include U.S.C. 18 § 242 of which the U.S. Department of Justice says "Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States. For the purpose of Section 242, acts under 'color of law' include acts not only done by federal, state, or local officials within the their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as **judges**, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim."[2] making it crystal

---

1 U.S.C. 28 § 455
2 http://www.justice.gov/crt/about/crm/242fin.php

clear that any judge, while acting or pretending to act under under the color of law, cannot willfully violate the constitutional rights of another, this includes the Impartial Tribunal clause of the 14th Amendment.

No disrespect intended but we, the plaintiffs, have not been shown any arguable or rational basis of law to which our claims should have been dismissed. Thus far, Judge Young has presented nothing but indisputably meritless legal theory (such as when a law clearly does not exist). As a result these questions of law are presented unto this court:

1) Under what law does "absolute judicial immunity" exist?
2) Under what law are willful violations of the U.S. Constitution and willful violations of law defined as part of a judge's function?
3) Under what law are willful violations of the U.S. Constitution and willful violations of law defined as within an "official's Judicial Capacity?"

For the purpose of clarifying this matter, the plaintiffs request no less then a complete citation including but not limited to Title, Part, Chapter, Section, Subsection (if applicable), and specific clause. The petitioners only seek to see that Judge Young had legal basis for his dismissal.

If, in the event, no such laws can be presented or shown, as the plaintiffs already expect, we request that the court reverse Judge Young's decision and resume process and service as normal.

Additionally, the plaintiffs also request, upon a failure to show the requested laws, that Judge Young be disqualified from this case on the grounds that a clearly baseless judgment and baseless threat of "possible sanctions" should we in anyway challenge his ruling creates a very clear appearance of partiality if not being obvious bias.

        Respectfully,

        James Dore

        &

        Matthew Wheelock

        March 18, 2012